# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE: Satcon Technology Corp., et al.
_____

| | | |
|---|---|---|
| Silicon Valley Bank, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 13-4-GMS |
| | : | |
| Satcon Technology Corp., et al. | : | Bankruptcy Case No. 12-12869 |
| | : | |
| Appellees. | : | BAP 12-62 |

_____

IN RE: Satcon Technology Corp., et al.
_____

| | | |
|---|---|---|
| Silicon Valley Bank, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 13-5-GMS |
| | : | |
| Satcon Technology Corp., et al. | : | Bankruptcy Case No. 12-12869 |
| | : | |
| Appellees. | : | BAP 12-66 |

## **RECOMMENDATION**

At Wilmington this **19th** day of **March, 2013**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on for an initial review and discussion with counsel to determine the appropriateness of mediation in these cases;

WHEREAS, as a result of the above screening process, mandate of mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Further exploration of mediation is scheduled to occur on March 27, 2013.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE